LUCY R. GLEASON, Respondent, *v.* ELIOT NORTON et al., Defendants, MAMIE C. BAXTER, Appellant, and HENRY LACY, Respondent.

*Gleason* v. *Norton*, 173 App. Div. 1002, affirmed.

(Argued May 1, 1919; decided May 20, 1919.)

APPEAL from a final judgment entered December 30, 1916, upon an order of the Appellate Division of the

Supreme Court in the fourth judicial department, modifying and affirming as modified an interlocutory judgment of Special Term in an action of partition. The action required a construction of the will of Martha Gleason, deceased. She devised to her brother all of her right, title and interest in certain real property and by a residuary clause gave the remainder of her property both real and personal to a nephew. At the time of making the will she owned an undivided one-fourth part of the property in question. Subsequently she purchased another undivided one-fourth part. The trial court held that her entire interest in the property at the time of her death passed under the devise to her brother. The Appellate Division held that only the part she owned at the time of making her will passed under such devise and the subsequently acquired part passed under the residuary clause to the nephew.

*A. H. Cowie* for appellant.

*Frank T. Miller* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CHASE, COLLIN, CUDDEBACK, HOGAN, MCLAUGHLIN and CRANE, JJ. Not sitting: ANDREWS, J.